[No. 29830-5-I. Division One. December 16, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE SCOTT MCNAIRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-06822-2, Robert H. Alsdorf, J., entered December 17, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Kennedy and Agid, JJ.

[No. 29328-1-I. Division One. December 16, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN LEROY WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00219-0, Jim Bates, J., entered September 16, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Kennedy and Agid, JJ.

[No. 29912-3-I. Division One. December 16, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MIKA BIGELOW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02308-1, Sharon S. Armstrong, J., entered December 17, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Kennedy and Agid, JJ.

[No. 31042-9-I. Division One. December 16, 1993.]

PAULA R. FLETCHER, *Appellant*, v. JUNE M. KNIGHT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-03461-3, John F. Wilson, J., entered June 4, 1992. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Scholfield and Agid, JJ.